1  BARRY J. PORTMAN
   Federal Public Defender
2  JAY RORTY
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant
   SANTOS CHIRINOS-HERRERA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/5/05*

| UNITED STATES OF AMERICA, | ) | No. CR 05-00121-RMW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE SENTENCING; |
| vs. | ) | ORDER |
| SANTOS CHIRINOS-HERRERA, | ) | |
| Defendant. | ) | |

    Defendant and the government through their respective counsel, Assistant Federal Public Defender Jay Rorty and Assistant United States Scott Tsui, hereby stipulate that, subject to the Court's approval, the Sentencing presently set for September 6, 2005, be continued to November 7, 2005 at 9:00 a.m.  This continuance is necessary to allow the U.S. Probation Office to complete its report.

Approved as to form:

_____/S/_____                    _____/S/_____
Mr. Jay Rorty                            Mr. Scott Tsui
Counsel for Defendant                    Counsel for the Government

Stipulation to Continue Sentencing; Order            1

1         ORDER

2     GOOD CAUSE APPEARING,

3     IT IS ORDERED that the hearing on defendant's sentencing presently set for September
4  6, 2005 at 9:00 a.m. is hereby continued to November 7, 2005 at 9:00 a.m.  To allow time for the
5  U.S. Probation Office to complete its report in this case.

7  Dated: October 5, 2005                    /s/ Ronald M. Whyte
                                              HONORABLE RONALD M. WHYTE
8                                             United States Magistrate Judge

Stipulation to Continue Sentencing; Order              2

1  Distribute to:

2  Mr. Jay Rorty
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA 95113
4  Counsel for Defendant

5  Mr. Scott Tsui
   Assistant United States Attorney
6  150 Almaden Blvd., Suite 900
   San Jose, CA 95113

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Stipulation to Continue Sentencing; Order          3